UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nasario Robert Leyba, | No. 2:20-cv-01779-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Imanuel Joe Arellano, et. al, | |
| Defendants. | |

In light of the parties' representation that they reached a settlement, this court ordered parties to file dispositional documents by October 4, 2021.  Min. Order, ECF No. 13.  The parties have yet to file dispositional documents or provide any reason for the delay.  The court orders the parties to **show cause why the court should not sanction both plaintiff's and defendant's counsel $250**.  The parties shall file a joint response **within fourteen days**.

IT IS SO ORDERED.

DATED: May 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1